David Smith, #07954-043
Name and Prisoner Number/Alien Registration Number

U.S.P. Tucson
Place of Confinement

P.O. Box 24550
Mailing Address

Tucson, AZ 85734
City, State, Zip Code

```
✓ FILED        ___ LODGED
___ RECEIVED   ___ COPY

        SEP 11 2020

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

David Smith
(Full Name of Petitioner)

Petitioner,

v.

U.S. Attorney General
(Name of Warden, Jailor or authorized person having custody of Petitioner)

Respondent.

CASE NO. CV-20-00391-SHR--BGM
(To be supplied by the Clerk)

PETITION UNDER 28 U.S.C. § 2241
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY

## PETITION

1. What are you challenging in this petition?
   ☐ Immigration detention
   ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   ☐ Probation, parole or supervised release
   ☒ Other (explain): my federal conviction for enticement of a minor (18 U.S.C. 2422(b))

2. (a) Name and location of the agency or court that made the decision you are challenging: U.S. District Court, S.D. of Miss., Jackson, Mississippi

   (b) Case or opinion number: 3:15-cr-45-HTW-FKB

   (c) Decision made by the agency or court: Judgment Docket #45

   (d) Date of the decision: 7/11/2005

Revised 3/15/16

1

**530**

3. Did you appeal the decision to a higher agency or court?   Yes ☐   No ☒

If yes, answer the following:

(a) First appeal:

    (1) Name of the agency or court: N/A

    (2) Date you filed: N/A

    (3) Opinion or case number: N/A

    (4) Result: N/A

    (5) Date of result: N/A

    (6) Issues raised: N/A

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Second appeal:

    (1) Name of the agency or court: N/A

    (2) Date you filed: N/A

    (3) Opinion or case number: N/A

    (4) Result: N/A

    (5) Date of result: N/A

    (6) Issues raised: N/A

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c) Third appeal:

    (1) Name of the agency or court: N/A

    (2) Date you filed: N/A

    (3) Opinion or case number: N/A

(4) Result: __N/A__

(5) Date of result: __N/A__

(6) Issues raised: __N/A__

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4. If you did not appeal the decision to a higher agency or court, explain why you did not: __I pled guilty on 4/1/2005 and was sentenced within the guidelines.__

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?   Yes ☒   No ☐

If yes, answer the following:

(a) Name of the agency or court: __U.S. District Court, S.D. of Miss.__

(b) Date you filed: __11/6/2012 Docket #87 of Case No. 3:15-cr-45__

(c) Opinion or case number: __5:12-cv-149-HTW__

(d) Result: __Denied my 2255 petition__

(e) Date of result: __6/12/2015 Docket #187 of Case No. 3:15-cr-45__

(f) Issues raised: __ineffective assistance of counsel, actual innocence, and that my attorney coerced and forced me to plead guilty to the 18 U.S.C. 2422(b) crime.__

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

CAUTION: <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

GROUND ONE: Actual Innocence: I am legally and factually innocent of enticing a minor under 18 U.S.C. 2422(b) because the alleged victim has recanted his accusations, admitted he lied to the FBI and U.S. Attorney, and has admitted to providing them fabricated evidence.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

On 4/1/2005 I pled guilty to enticement of a minor under 18 U.S.C. 2422(b). This charge stemmed from a relationship that I had with a 15-year-old when I was 19-years-old.

The 15-year-old minor's initials are Z.B. Z.B. and I went to the same school together in Vicksburg, Mississippi, shared the same friends, and Z.B.'s mom worked as a legal secretary for my stepfather, Jerry Campbell, whom is an attorney in Vicksburg.

After "discovering" that each other were gay, we began a quasi-like relationship, which included meeting two times for sex. However, before beginning this relationship, Z.B. told me that he was 16-years-old, the age of consent in Mississippi.

Most of our communications occurred through the telephone or using AOL instant messages on the computers. Z.B. never sent me any nude or inappropriate pictures of himself, nor did I ever request any. And at no time was I, or have I, ever been accused of violating any child pornography laws.

Shortly after beginning this "relationship", Z.B. admitted to me that he was really 15-years-old, not 16. I immediately ceased all contact with him and would not continue with the relationship. Z.B. became very upset, angry, and obviously hurt when I refused to continue talking to him.

Not too long after that I was arrested by the FBI for allegedly sending an email to an individual in Virginia threatening to kill him. This charge was later dismissed for lack of evidence. Continued on Attachment One

(b) Did you exhaust all available administrative remedies relating to Ground One?  Yes ☐  No ☒

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☐ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:
There are not any administrative remedies to exhaust.

Pg. 4.A.

Attachment One

During the threat investigation case, Z.B. contacted the FBI through his aunt, Georgia Lynn, an investigator with the local district attorney's office. (During this time in 2004 I was working as an investigative journalist for the website www.CorruptGov.org and was involved in litigation with Georgia Lynn concerning our coverage of her DUI arrest and the district attorney's attempt to cover it up.)

After making contact with the FBI agent investigating the threat crime, Marcus Jung, Z.B. told Agent Jung that he and I had had an illegal relationship and requested that I be prosecuted. (In Z.B.'s affidavit, he misspells Agent Jung's last name as "Young.")

Based off of some AOL instant messages given to Agent Jung by Z.B., and Z.B.'s statement, I was eventually indicted for enticement of a minor under 18 U.S.C. 2422(b) in November 2004. (I was also indicted for wire fraud relating to alleged criminal behavior involving my family unrelated to the charge brought by Z.B.)

I originally hired attorney Cynthia Speetjens to represent me in a jury trial. I wanted to take the enticement of a minor charge to jury trial because I did not entice Z.B. to have sex, I did not know he was underage, and I knew that the charge was based, in part, on fabricated AOL instant messages that Z.B. had provided to Agent Jung.

My family, however, did not want me to go to trial because they believed th[at] if I lost the federal judge would sentence me to an extremely long time in prison. Also, during my work as an investigative journalist, I had uncovered an intricate drug importation scheme involving several deputies on the Warren County Sheriff's

pg. 4.B.

Department. (The Warren County sheriff, Paul Barrett, was eventually convicted of federal crimes and sent to federal prison.)

While Mrs. Speetjens was my attorney, she and I had engaged in discussions regarding me cooperating in the DEA's investigation of the corrupt law enforcement officers.

When my stepfather learned that I might be cooperating as a witness in the investigation of the W.C.S.D., and that I insisted on going to trial, he immediately stepped in, had my family stop paying Mrs. Speetjens' legal fees, and took over representing me as my attorney.

My stepfather's purpose was threefold. First, he was scared that he and our family would be retaliated against and harmed if I cooperated in the investigation of the W.C.S.D.

Second, Z.B.'s mother worked as my stepfather's legal secretary, my sister was in the same class at school as Z.B., my brother's football coach was Z.B.'s uncle, and we all went to the same church together. My stepfather did not want my case to go to trial because of the public embarrassment a trial — and Z. testifying — would cause.

Finally, my family had been convinced by my stepfather that I would los at trial and be sentenced to decades in prison. They pressured my stepfather — who then pressured me — to accept a plea deal, plead guilty, serve the five-year manda minimum, and then return home.

So, under intense pressure, I pled guilty to enticement of a minor eve though I knew that I was innocent. I was eventually sentenced to 63 months i prison on 6/23/2005. But since this unfortunate saga began, I have always

Pg. 4.C.

totally and completely maintained my innocence. Since 2005 I have challenged this wrongful conviction through a 2255, my supervised release has been violated numerous times, and I am currently in prison on my third supervised release revocation.

Out of the blue in August 2020, Z.B. decided to recant his allegations, admit he lied and fabricated evidence, and now wants to help get this wrongful conviction overturned.

In futherance of that goal, Z.B. provided me an affidavit in which he says that I never enticed, coerced, pressured, threatened, or in any way influenced him to have sex with me.

He goes on to admit that he lied to me about his real age and that after he finally told me he was only 15-years-old I ceased all further contact with him and would not continue the relationship.

His affidavit says that the only reason he portrayed himself as a "victim" was because he was angry at me for ceasing contact and ending the relationship. He also admits that his family relative (Georgia Lynn) was pressuring him to bring this "false charge" against me so that my conviction and incarceration would help her win her lawsuit.

Z.B. goes on to say that he eventually admitted to Agent Jung that he "made up these false allegations" and had provided Agent Jung with fabricated evidence. And despite Z.B. telling Agent Jung that he no longer wanted to pursue the prosecution, Agent Jung threatened him into sticking with his original story of possibly getting charged with a crime himself.

In the affidavit, Z.B. says under oath that he "repeatedly lied to the F

pg. 4.D.

and prosecutor" only because he was angry at me for no longer wanting to be in a relationship with him, and that the only reason he kept lying was because the FBI agent told him that he would be in trouble if he changed his story.

Finally, Z.B. admits that the only reason he is coming forward now and telling the truth is because in July 2020 he caught COVID-19, almost died, converted to Christianity, gave his life to Jesus Christ, confessed his sins, and now wants forgiveness for the "worst" sin in his life — sending me to prison. (Exhibit One; Affidavit of Z.B.)

Z.B.'s affidavit clearly and unequivocally proves that I am innocent of this "crime", that the prosecutor and FBI not only used fabricated evidence in obtaining my conviction, but knew that the evidence was fabricated, and that I was forced to plead guilty to a crime for which I was totally and completely innocent of committing.

GROUND TWO: My guilty plea should be overturned because it was coerced.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

See FACTS for Ground One

(b) Did you exhaust all available administrative remedies relating to Ground Two?   Yes ☐   No ☒

(c) If yes, did you present the issue to:
  ☐ The Board of Immigration Appeals
  ☐ The Office of General Counsel
  ☐ The Parole Commission
  ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:

There are not any administrative remedies to exhaust

GROUND THREE: My attorney/stepfather, Jerry Campbell, not only had serious conflicts of interest in representing me, but also provided ineffective assistance of counsel for pressuring and coercing me to plead guilty to this crime knowing that I was innocent.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

See FACTS for Ground One.

(b) Did you exhaust all available administrative remedies relating to Ground Three?   Yes ☐   No ☒

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☐ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why:

There are not any administrative remedies to exhaust.

GROUND FOUR: N/A

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) Did you exhaust all available administrative remedies relating to Ground Four?   Yes ☐   No ☐

(c) If yes, did you present the issue to:
    ☐ The Board of Immigration Appeals
    ☐ The Office of General Counsel
    ☐ The Parole Commission
    ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why:

N/A

**Please answer these additional questions about this petition:**

7.   Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☒   No ☐
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

If yes, answer the following:

(a)   Have you filed a motion under 28 U.S.C. § 2255?     Yes ☒     No ☐

If yes, answer the following:

(1) Name of court: U.S. District Court, S.D. of Mississippi

(2) Case number: 5:12-cv-149-HTW and 3:15-cr-45-HTW

(3) Opinion or case number: 2015 U.S. Dist. LEXIS 184459

(4) Result: 2255 denied

(5) Date of result: 6/12/2015

(6) Issues raised: ineffective assistance of counsel, actual innocence, and that my attorney coerced and forced me to plead guilty to 18 U.S.C. 2422(b).

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b)   Explain why the remedy under § 2255 is inadequate or ineffective: I have already filed one 2255 challenging this conviction, and the grounds raised in this petition are not grounds for filing a second 2255.

8.   If this case concerns immigration removal proceedings, answer the following:

(a)   Date you were taken into immigration custody: N/A

(b)   Date of removal or reinstatement order: N/A

(c)   Did you file an appeal with the Board of Immigration Appeals?   Yes ☐     No ☐

(1) Date you filed: N/A

(2) Case number: N/A

(3) Result: N/A

(4) Date of result: __N/A__

(5) Issues raised: __N/A__

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d) Did you file an appeal with the federal court of appeals?   Yes ☐   No ☐

(1) Name of the court: ____

(2) Date you filed: ____

(3) Case number: ____

(4) Result: ____

(5) Date of result: ____

(6) Issues raised: ____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9. Petitioner asks that the Court grant the following relief: __overturn my 18 U.S.C. 2422(b) conviction for enticement of a minor.__

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __9/2/2020__ (month, day, year).

_[signature]_
Signature of Petitioner

____
Signature of attorney, if any

__9/2/2020__
Date

9

**Affidavit Under Oath of Zach Booth**

1. I state under oath that my name is Zach Booth, I am 32 years old and that I submit this affidavit on my own free will.

2. I state under oath that I am the complainant that brought false criminal charges for enticement of a minor against David Garland Atwood, II (aka David Smith-Garcia) in 2004 in the federal court in Mississippi.

3. I state under oath that David was totally and completely innocent of any crime or alleged crime involving myself.

4. I state under oath that to my knowledge David was charged with using a computer to entice and persuade me to have sex with him in 2003 and 2004 when I was 15 years old and was charged in federal court with breaking 18 United States Code 2422(b).

5. I state under oath that David never enticed me, coerced me, pressured me, threatened me or in any way influenced me to have sex with him.

6. I state under oath that I told David that I was of legal age and David did not know that I was underage when we had sex.

7. I state under oath that after I admitted to David that I was underage, David did not and would not have sex with me and ceased all further contact with me.

8. I state under oath that the only reason I portrayed myself as a "victim" when the FBI and prosecutor spoke to me was because I was angry at David for not talking to me anymore and his unwillingness to have a relationship with me which is what I wanted.

9. I state under oath that I was also pressured by a family relative that was involved in a legal dispute with David to lie and pursue this false charge so that David would go to prison and my family relative would win her lawsuit.

10. I state under oath that in early 2005 I told FBI Agent Marcus Young the truth and that I had made up these false allegations, that I had given him some fake AOL instant messages and that I no longer wanted to be involved with the prosecution.

11. I state under oath that FBI Agent Young told me that if I didn't stick with my story then I could be in trouble and get charged with a crime.

12. I state under oath again that David never committed a crime, never pressured or enticed me, that David did not know that I was underage, that I was the one who wanted to pursue a relationship and that I repeatedly lied to the FBI and prosecutor only because I was angry at David because he no longer wanted to be with me after he found out that I was underaged and the only reason I kept lying is because the FBI agent told me that I would be in trouble if I changed my story.

13. I state under oath that I am coming forward now and telling the truth in July 2020 because I caught COVID-19, was hospitalized and almost died. While I was in the ICU and expecting to die, I gave my life to Jesus Christ, confessed my sins and asked for forgiveness for all the wrong things I have done in my life. The worst thing that I have done in my life was bringing this false charge against David that sent him to prison because he is totally and completely innocent. I was wrong for doing that and I want to fix my mistake.

14. I state under oath that David should be pardoned for this false conviction that he did not commit.

15. I state under oath that everything above is true.

Signed under oath:

Date: 8-10-2020

_Zach Booth_
Zach Booth

Zach Booth
951 Freetown Road, Apt. 17
Vicksburg, MS 39180