# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Smith, | NO. CV-20-00391-TUC-SHR (BGM) |
| Petitioner, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| United States Attorney General, | |
| Respondent. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 25, 2020, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U. S. C. § 2241 is denied. Petitioner to take nothing and this action is hereby dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

November 25, 2020

By  s/ A. Calderón
Deputy Clerk